<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Kebin Valentin a/k/a Kevin Valentin**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Amount Paid[1] | Equivalent Hourly Rate Paid[1] | Minimum Wage Hourly Rate | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/20 - 10/10/20 | 41 | 78 | $ - | $ - | $ 8.56 | $ 12.84 | $ 27,088.73 | $ 6,598.54 | $ 33,687.27 |
| 1/1/19 - 12/31/19 | 52 | | | | $ 8.46 | $ 12.69 | $ 34,313.76 | $ 8,358.48 | $ 42,672.24 |
| 1/1/18 - 12/31/18 | 52 | | | | $ 8.25 | $ 12.38 | $ 33,462.00 | $ 8,151.00 | $ 41,613.00 |
| 11/6/17 - 12/31/17 | 8.0 | | | | $ 8.10 | $ 12.15 | $ 5,054.40 | $ 1,231.20 | $ 6,285.60 |
| | | | | | | | $ 99,918.89 | $24,339.22 | $124,258.11 |

Total Unpaid Minimum Wages[1] = $ 99,918.89
Total Unpaid Overtime Wages[1] = $ 24,339.22
Total Liquidated Damages[1] = $124,258.11
Total[1] = $248,516.22

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.