**Exhibit B**
**Statement of Claim**
**Plaintiff Matthew David Valentin**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Amount Paid[1] | Equivalent Hourly Rate Paid[1] | Minimum Wage Hourly Rate | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 3/1/20 - 10/10/20 | 32 | 78 | $ - | $ - | $ 8.56 | $ 12.84 | $ 21,365.76 | $ 5,204.48 | $ 26,570.24 |
| 1/1/20 - 2/29/20 | 8.6 | | | | $ 8.56 | $ 12.84 | $ 1,437.26 | $ 1,394.06 | $ 2,831.31 |
| 1/1/19 - 12/31/19 | 52 | | $500.00 | $ 6.41 | $ 8.46 | $ 12.69 | $ 8,313.76 | $ 8,358.48 | $ 16,672.24 |
| 1/1/18 - 12/31/18 | 52 | | | | $ 8.25 | $ 12.38 | $ 7,462.00 | $ 8,151.00 | $ 15,613.00 |
| 11/6/17 - 12/31/17 | 8.0 | | | | $ 8.10 | $ 12.15 | $ 1,054.40 | $ 1,231.20 | $ 2,285.60 |
| | | | | | | | $ 39,633.18 | $ 24,339.22 | $ 63,972.39 |

Total Unpaid Minimum Wages[1] = $ 39,633.18
Total Unpaid Overtime Wages[1] = $ 24,339.22
Total Liquidated Damages[1] = $ 63,972.39
Total[1] = $127,944.79

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.