### Exhibit C
### Statement of Claim
### Plaintiff Anabely Acevedo

**Unpaid Minimum Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Amount Paid[1] | Equivalent Hourly Rate Paid[1] | Minimum Wage Hourly Rate | Total Unpaid Minimum Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 1/1/20 - 10/10/20 | 40.6 | 5 | $ - | $ - | $ 8.56 | $ 1,736.46 | $ 1,736.46 |
| 1/1/19 - 12/31/19 | 52 | | | | $ 8.46 | $ 2,199.60 | $ 2,199.60 |
| 1/1/18 - 12/31/18 | 52 | | | | $ 8.25 | $ 2,145.00 | $ 2,145.00 |
| 11/6/17 - 12/31/17 | 8.0 | | | | $ 8.10 | $ 324.00 | $ 324.00 |
| | | | | | | $ 6,405.06 | $ 6,405.06 |

Total Unpaid Minimum Wages[1] = $ 6,405.06
Total Liquidated Damages[1] = $ 6,405.06
Total[1] = $ 12,810.11

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.